THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DONALD P. WRIGHT, Defendant-Appellant.

(No. 57623;

First District (1st Division)—July 30, 1973.

PER CURIAM.
BURKE, P. J., took no part.

James J. Doherty, Public Defender, of Chicago, (Shelvin Singer, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Nicholas Motherway, Assistant State's Attorneys, of counsel,) for the People.